IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-273-DCK

| | |
|---|---|
| WILLIAM WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MECKLENBURG COUNTY DEPARTMENT ) | |
| OF SOCIAL SERVICES; RICHARD ) | |
| JACOBSEN, DIRECTOR, and SONIA ) | |
| BUSH, in their INDIVIDUAL and OFFICIAL ) | |
| CAPACITIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon Defendants' Motion to Stay the Initial Attorneys' Conference (Document #18) filed October 19, 2007, for good cause shown, and noting that the Plaintiff consents to the motion, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that this Court will stay all discovery and the Initial Attorneys' Conference in this matter until the Court has ruled on Defendants' Motion to Dismiss.

Signed: October 19, 2007

David C. Keesler
United States Magistrate Judge