# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Wood,

    Plaintiff(s),

vs.

Mecklenburg Co. Dept. Of Social Services, Richard Jacobsen, Director and Sonia Bush, in their individual and official capacities.

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv273

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2008 Order.

Signed: August 18, 2008

Frank G. Johns, Clerk
United States District Court