# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-273-DCK

| | |
|---|---|
| WILLIAM WOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MECKLENBURG COUNTY DEPARTMENT ) | |
| OF SOCIAL SERVICES; RICHARD ) | |
| JACOBSEN, DIRECTOR, and SONIA BUSH, ) | |
| in their INDIVIDUAL and OFFICIAL, ) | |
| CAPACITIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Rule 59-60 Motion To Set Aside, Alter, Or Amend Judgment and to Renew The Rule 15 Motions To Amend And Supplement, and the Request For Judicial Notice" (Document No. 32), filed September 2, 2008; "Defendants' Brief In Opposition To Plaintiff's Motions To Set Aside, Alter or Amend Judgment And To Renew Rule 15 Motions" (Document No. 33), filed September 19, 2008; and "Plaintiff's Reply To Defendants' Brief In Opposition..."(Document No. 34), filed October 3, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

Having carefully considered the arguments, the record, and the applicable authority, the undersigned will <u>deny</u> Plaintiff's motion. The undersigned does not find that Plaintiff has established sufficient cause pursuant to Federal Rules of Civil Procedure 59 or 60 to amend, alter, or set aside, or to otherwise grant relief from its previous decision (Document No. 30) and the judgment entered by the Court (Document No. 31). In the "Order" (Document No. 30) filed August

18, 2008, the undersigned determined after careful review of all the documents filed to date in this case that Defendants' motion to dismiss for lack of jurisdiction should be granted. The instant motion does not provide adequate good cause to reconsider the Court's previous ruling.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Rule 59-60 Motion To Set Aside, Alter, Or Amend Judgment and to Renew The Rule 15 Motions To Amend And Supplement, and the Request For Judicial Notice" (Document No. 32) is **DENIED**.

Signed: October 17, 2008

David C. Keesler
United States Magistrate Judge